Fred A Dixon Jr

-vs-

George Strait

In The State ~~of Texas~~ ~~Manifested~~

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2014 JUL 23 PM 2:55 Lubbock Tx

DEPUTY CLERK OB

Writ

CN46272
SO#31983
#145237

5-14CV0132-C

A. I Dixon seek Relief of Courts to file form paupers suit for 900 Trillion dollars Against George Strait for cut up my sister kid And her friend got me charges with it And Bobby McFalin is George Strait Rent one

B. I've Been Lockup 10 years Also George Strait was in A city police car Freeport Texas where one of the people was Honelove And After suit city police of Freeport Tx. for Letting Bobby McFalin Have police car And Guns

C. Whereas Ask Court to Hear plea for Release And new trial Against George Strait

RECEIVED
JUL 23 2014
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

Fred [Aldridge] Jr.               The  State                    [Respondent]
   -vs-                             of  Texas
Security Staff                                                  Lubbock Tx.
T.D.C. [Montford unit]              WRIT                        CN46272
                                                                SOA 31883
                                                                H1465237

A. On several occasions averaging half month and every month we are being denied privileges which should be basic human rights which violate 1st 8th 14th amendment to our United States Constitution use we are forced to stay in locked up in cell it.

B. Pray. [privately] with another [pray-partner] unit [shared] or more pray problem than the other which [could] has resulted to emotional mental and physical abuse no proper Dr. Treatment team are care [Filing] lock up security file goo [till...]

Fred Dixon Jr.
- vs -
Misfeasant
Indulgent mail
Respondent

State of Texas

WRIT

Lubbock Tx

5033185D
CV46292
#1845233

A. I Dixon filed suits to courts of State of Texas whereas correspondent being block to courts also personal mail whereas file this motions notice no security cost to I Dixon whereas mail room and sgt will not let mail go out proper address

B. Are give proper return mail and Indulgent Envelope whereas suit for 900 trillion dollars for inmates houses in state of Texas Breach of security for inmate mail personal addresses to family whereas Breach of security by Bush as inmate

C. And other of white house staff Breach of family and mom security payment by Obama and Mrs Obama whereas suit for 900 trillion dollars

Greg Godwin Jr
- vs -
food services
management

The State
of Texas

Writ

Defendant

[illegible]

CNV6272
SO# 31853
#1466237

A. I Dixon file suit goo telleneledeen Breach of security for food services for TDCJ whereas inmates getting sick By improper food cooked and Heated Also improper stored when being placed at cells And pod whereas not enough food are are getting to inmates that are ARE

B. [illegible] indent money or Books Because of security for all inmates Klum in Texas whereas Home is meat that is served to inmates improper [illegible] and security for cell and pod

C. Also improper Hygiene services by said officers that Handles food improper care

Fred C Oxby Jr
vs
Manifest unit
security officer

The State
of Texas

Writ

Manifest unit

full docket

CN 46222
SO# 71783
#1465267

A. I Oxby seeks Relief from Court to file forma pauperis no fee no security cost witness file suit for 900 Million dollar personal hygiene shower and lock down for A-2 Pod manifest unit have been on said Lock Down no shower for a week

B. Nothing the lisa cell player acting as General of T.S.C.J. and other units not Letting inmates shower nor out to Day Room mental abuse by staying Lock up even though 4th July holiday and no personal Hygiene action for hungry clean

C. no shower proper in in cell use Day Room sanitize on Oaks w/ ex Doctor ER. time so inmate can wash around Also frustration

Fred G. Dix Jr.
- vs -
Officer E. Weitman
Cov

STATE
of
TEXAS

Lubbock Tx.
CN46272
SU#31983
#1465237

## WRIT

A. I Dix filed suit against E. Weitman for loss of Priv Day in Lock Down Cell whereas suit mentions for 900 billion dollar Policy & Procedures no counsel for Disciplinary Hearing ect Record one Report it state that I'm MHMR Plason.

B. Weitman closed Door on my foot whereas Breaking it and medical Department didn't x Ray foot suit for Breach of security for inmate Visitor ect personal Health

C. Whereas weitman has number of jobs around Other now stated he a officer of T.D.C.J.

Fred A Wary Jr.
8805 Peach St.
Montford Unit
Lubbock Tx
79404
#1465237

CLERK U.S. DISTRICT
NORTHERN DISTRICT OF TEXAS
RECEIVED
JUL 23 2014

Clerk of
United States District
Court Northern District
Of Texas 1205 Texas Ave
Room 209 Lubbock Tx

7940134027