IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| FRED A. DIXON, JR., <br> TDCJ ID No. 1465237, <br> Previous TDCJ ID No. 939068, <br> SID No. _____, <br><br> Plaintiff, <br><br> v. <br><br> GEORGE STRAIT, <br><br> Defendant. | § § § § § § § § § § § § | CIVIL ACTION NO. <br> 5:14-CV-00132-C |

## JUDGMENT

For the reasons stated in the Court's Order of even date,

IT IS ORDERED, ADJUDGED, AND DECREED that Civil Action No. 5:14-CV-00132-C is DISMISSED with prejudice until Dixon demonstrates that he has paid the $100.00 sanction imposed in Misc. No. 3:05-MC-011-M and he files an application to proceed *in forma pauperis* and a certificate of inmate trust account along with a request to file a complaint which sets out a colorable basis for relief and attaches a completed, proposed complaint on the 42 U.S.C. § 1983 complaint form, and he demonstrates that he is under imminent danger of serious physical injury at the time of filing the complaint.

Dated October  9 , 2014.

SAM R. CUMMINGS
United States District Judge